377 A.2d 176

Commonwealth, Appellant, v. Keyes.

Argued December 8, 1976. Deborah E. Glass, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant; Harry S. Tischler, Assistant Public Defender, with him Benjamin Lerner, Defender, for appellee.

Order affirmed.